UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY JEROME WHITING,

    Plaintiff,

v.

                              Case No. 14-13756

LAW OFFICES OF MICHAEL R.
STILLMAN, P.C., d/b/a STILLMAN
LAW OFFICE,

                              Hon. John Corbett O'Meara

    Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S
MOTION FOR ATTORNEYS' FEES**

    Before the court is Plaintiff's motion for attorneys' fees, which has been fully briefed. Pursuant to L.R. 7.1, the court did not hear oral argument.

    Plaintiff alleges that Defendant violated the Fair Debt Collection Practices Act. The parties settled this matter after Plaintiff accepted Defendant's offer of judgment in the amount of $3,250. The offer of judgment provided that Plaintiff was entitled to attorneys' fees, either to be determined by the parties or the court. Because the parties were unable to resolve the issue, Plaintiff filed this motion.

    Plaintiff seeks attorneys' fees in the amount of $3,608.90 and costs in the amount of $455. These fees were calculated by the "lodestar" method as follows: 3.2 hours by attorney Larry Smith at $348 per hour, 7.4 hours by attorney David

Marco at $317 per hour, and 1.3 hours by paralegal Nicole Dycha at $115 per hour. See generally Hensley v. Eckerhart, 461 U.S. 424, 433 (1983).

Plaintiff's request for fees is supported by contemporaneous time records and timekeeper affidavits. Based on the nature of the case, the experience of the professionals involved, and local market rates, the court finds that Plaintiff's requested hourly rates are reasonable. See Pl.'s Exs. B, C, D. In light of the procedural posture of the case and Plaintiff's time records, the court also finds that the time spent – approximately twelve hours – to be reasonable. The court concludes that the total amount sought by Plaintiff – $3,608.90 – is reasonable and that no adjustment to the lodestar amount is warranted.

THEREFORE, IT IS HEREBY ORDERED that Plaintiff's motion for attorneys' fees in the amount of $3,608.90 and costs in the amount of $455 is GRANTED.

                                                s/John Corbett O'Meara
                                                United States District Judge

Date: February 18, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, February 18, 2015, using the ECF system.

                                                s/William Barkholz
                                                Case Manager